IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EVAN NORMAN DECKER ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> TRINET HR CORPORATION, ) <br> Garnishee. ) | CASE NO. DNCW3:99CR103-2 <br> (Financial Litigation Unit) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 64) filed March 14, 2016. Having carefully considered the motion, and for the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 64) is **GRANTED**.

**SO ORDERED**.

Signed: March 14, 2016

David C. Keesler
United States Magistrate Judge